UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO VEGA, MARIO VEGA,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | No.  2:13-cv-01666-KJM-KJN<br><br><br><br>ORDER |

      Plaintiffs in the above-captioned case request to substitute themselves in propria persona in place of their retained counsel.  (ECF 15.)  The court GRANTS this request.  Accordingly, pursuant to Local Rule 72-302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings.  Henceforth, the caption on documents filed in this case shall be known as 2:13-cv-01666-KJM-KJN PS.

      All dates currently set before the undersigned are hereby VACATED.

      IT IS SO ORDERED.

DATED: August 27, 2013.

                                                    UNITED STATES DISTRICT JUDGE

1